FRANKLIN J. LOVE, Bar #80334
LAW OFFICE OF FRANKLIN J. LOVE
800 S. Barranca Ave., Ste. 100
Covina, California 91723
(626)653-0455

**FILED**
CLERK, U.S. DISTRICT COURT
MAR 31 2014
CENTRAL DISTRICT OF CALIFORNIA
BY: _____ DEPUTY

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GARDEN CITY BOXING CLUB, INC. | CASE No. CV 03-6912 ER(PJWx) |
| Plaintiff, | **RENEWAL OF DEFAULT JUDGMENT** |
| vs. | **BY CLERK** |
| GARY HOWARD CARDER individually and dba ZONE SPORTS LOUNGE | |
| Defendant | |

Based upon the Application for Renewal of Judgment of the original judgment, and pursuant to F.R.C.P. 69 (a) and C.C.P. 639.110 through 683.320 and good cause appearing, therefore:

The default judgment entered on April 27, 2004, against defendant, **GARY HOWARD CARDER individually and dba ZONE SPORTS LOUNGE,** is hereby renewed on the amounts set forth:

**RENEWAL OF MONEY JUDGMENT**

| | |
|---|---:|
| a. Total judgment | $19,680.00 |
| b. Costs after judgment | 0.00 |
| c. Attorney fees | 0.00 |
| d. Subtotal (add a thru c) | 19,680.00 |
| e. Credits after Judgment | 0.00 |
| f. Subtotal (substract e from d) | 19,680.00 |
| g. Interest after judgment | 4,878.20 |
| h. Fee for filing renewal | 0.00 |
| i. **Total renewed judgment** | **$24,558.20** |

DATED: 03-31-2014      Clerk by J. REMIGIO